**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUNTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

     - v -                              :     NOTICE OF INTENT TO
                                                          FILE AN INFORMATION

PABLO PENA,                         :

            Defendant.          :

07 CRIM 519

JUDGE RAKOFF

- - - - - - - - - - - - - - - - x

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          ~~May 24,~~ 2007
          June 1

                                        MICHAEL J. GARCIA
                                        United States Attorney

                      By:   _____
                           Rua M. Kelly
                           Assistant United States Attorney

                      AGREED AND CONSENTED TO:

                    By:   _____
                         Phil Weinstein, Esq.
                         Attorney for Pablo Pena

FILED 6/1/07

6/1/07  WHEEL A  Rakoff